JULES BYSTRAK *ET AL.*, PLAINTIFFS-RESPONDENTS, v. RUTH WEISS *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Max Schomer* for the petitioners.

*Messrs. Greenbaum & Greenbaum* for the respondents.

November 10, 1958.   Denied.

JOHN J. COFFEY, PLAINTIFF-RESPONDENT, v. MIDDLE-SEX-SPOTSWOOD, INC., DEFENDANT-PETITIONER.

See same case below:   52 *N. J. Super.* 39.

*Messrs. Schneider, Lustbader & Morgan* for the petitioner.

*Messrs. Strong & Strong* and *Mr. Carl A. Frahn* for the respondent.

November 10, 1958.   Denied.